UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA IRVING,                          :
                                         :
            Plaintiff,                   :
                                         :
v.                                       :     Civ. No. 3:10-cv-00320-MRK
                                         :
MICHAEL P. TEODOSIO and                  :
BRADFORD DALEY,                          :
                                         :     July 16, 2010
            Defendants.                  :
                                         :

## MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, Bradford Daley ("Daley"), hereby moves, pursuant to Fed. R. Civ. P. 12(e), to strike Plaintiff's First Amended Complaint (Doc. 29) for failure to obey this Court's order, dated June 10, 2010 (Doc. 27).  Although this Court ordered Plaintiff to separate each cause of action into separate counts, Plaintiff subsequently filed an "amended," single-count, complaint, which merely reflects a deliberate refusal to adhere to the Court's order.  Plaintiff's First Amended Complaint should be ordered stricken, the action dismissed, and reasonable attorney's fees granted to Daley.

WHEREFORE, Daley respectfully requests an order striking Plaintiff's First Amended Complaint and awarding Daley reasonable attorney's fees associated with this motion.

DEFENDANT
BRADFORD DALEY

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jelliot@znclaw.com

His Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Jonathan D. Elliot