UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA IRVING, | : | |
| | : | Civ. No. 3:10-cv-00320-MRK |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL P. TEODOSIO and | : | |
| BRADFORD DALEY, | : | |
| | : | |
| Defendants. | : | September 1, 2010 |

### MOTION FOR EXTENSION OF TIME

The defendant, Bradford Daley, hereby moves for an extension of time within which to answer or otherwise respond to the plaintiff's Second Amended Complaint, to and including September 14, 2010.

The parties are in settlement discussions which are expected to result in a settlement of the matter.

This is the second motion directed to this time period. Plaintiff's counsel consents only to a one-week extension.

THE DEFENDANT
BRADFORD DALEY

By: _____
Jonathan D. Elliot (ct05762)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: jelliot@znclaw.com

His Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Jonathan D. Elliot