# UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BARBARA IRVING | : | CIVIL ACTION NO.<br>3:10 CV 320 (MRK) |
| V. | : | |
| MICHAEL P. TEODOSIO and<br>BRADFORD DALEY | : | SEPTEMBER 14, 2010 |

## DEFENDANT MICHAEL TEODOSIO'S NOTICE OF FILING BANKRUPTCY

The undersigned, on behalf of defendant Michael Teodosio in the above-captioned matter, hereby notifies this Court that said defendant has this date filed for bankruptcy in the U.S. Bankruptcy Court, District of Connecticut (Case # 10-32751).

WHEREFORE, defendant Michael Teodosio respectfully requests that this action be stayed as against him by operation of 11 U.S.C. § 362.

    Respectfully submitted,

    THE DEFENDANT
    MICHAEL P. TEODOSIO

    By:/s/_____
    JAMES G. WILLIAMS, ESQ.
    RYAN J. MCKONE, ESQ.
    Williams, Walsh & O'Connor, LLC
    37 Broadway
    North Haven, CT  06473
    Tel. (203) 243-6333
    Fax. (203) 243-6330
    jwilliams@wwolaw.com
    Federal Bar Number ct01938
    Federal Bar Number ct28157

## CERTIFICATION

      I hereby certify that on September 14, 2010, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

Jonathan D. Elliot, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604

                                      BY:/S/_____
                                      JAMES G. WILLIAMS
                                      RYAN J. MCKONE, ESQ.
                                      Williams, Walsh & O'Connor, LLC