UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BARBARA IRVING,                          :
                                         :
                Plaintiff,               :
                                         :
v.                                       :      Civ. No. 3:10-cv-00320-MRK
                                         :
MICHAEL P. TEODOSIO and                  :
BRADFORD DALEY,                          :
                                         :
                Defendants.              :
                                         :

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendants, Michael P. Teodosio and Bradford Daley, by and

through the undersigned, hereby stipulate that the above entitled action shall be dismissed

as to Defendants Michael P. Teodosio and Bradford Daley with prejudice to Plaintiff on her

complaint and without costs and/or attorney's fees to any party.


THE PLAINTIFF                            THE DEFENDANT
                                         BRADFORD DALEY

By:_____/s/_____            By_____/s/_____
    Joanne S. Faulkner (ct04137)             Jonathan D. Elliot (ct05762)

    Law Offices of Joanne Faulkner           Zeldes, Needle & Cooper, PC
    123 Avon Street                          1000 Lafayette Boulevard
    New Haven, CT  06511-2422                Bridgeport, CT  06604
    Tel. 203-772-0395                        Tel.  203-333-9441
    Email: faulknerlawoffice@snet.net        Fax  203-222-1489
                                             Email: jelliot@znclaw.com
Date: _____
                                         Date: _____

THE DEFENDANT
MICHAEL P. TEODOSIO

By: _____/s/_____

    Ryan James McKone (ct_____)

        Williams Walsh & O'Connor, LLC
        37 Broadway, 1st Floor
        North Haven, CT 06473
        Tel: 203-234-6333
        Fax: 203-234-6330
        Email: ~~rmcone1240@yahoo.com~~

Date: _____


So ordered:


_____
U.S.D.J.